CHULA VISTA CITY SCHOOL
DISTRICT, Plaintiff/Appellee,

v.

William J. BENNETT, Secretary, United
States Department of Education,
Defendant/Appellant.

CHULA VISTA CITY SCHOOL
DISTRICT, Plaintiff/Appellant,

v.

William J. BENNETT,
Defendant/Appellee.

Nos. 83–5627, 83–5631.

United States Court of Appeals,
Ninth Circuit.

March 4, 1986.

Before WALLACE, BOOCHEVER, and
HALL, Circuit Judges.

ORDER

Pursuant to *Chula Vista City School District v. Bennett,* —— U.S. ——, 106 S.Ct. 876, 88 L.Ed.2d 913 (1986), the decision at 762 F.2d 762 (9th Cir.1985) is vacated and we transfer the case pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Federal Circuit. 28 U.S.C. § 1295(a)(2).